UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| XIOMARA M. RIVAS,<br>a.k.a. MARISOL CASTRO<br><br>Plaintiff,<br><br>v.<br><br>AMERICA'S RECOVERY SOLUTIONS, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)   No.<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

XIOMARA M. RIVAS, a.k.a., MARISOL CASTRO, (Plaintiff), through her attorneys, the LAW OFFICE OF FREDRICK E. NIX, P.C., alleges the following against AMERICA'S RECOVERY SOLUTIONS, LLC. (Defendant):

### INTRODUCTION

1.   Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. (FDCPA).

### JURISDICTION AND VENUE

2.   Jurisdiction of this Court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3.   Defendant conducts business in the state of Maryland; therefore, personal jurisdiction is established.

4.   Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

5. Plaintiff is a natural person residing in Rockville, Montgomery County, Maryland.

6. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

7. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiff.

8. Plaintiff is informed and believes, and thereon alleges, that Defendant is a collections business with an office in Cincinnati, Ohio.

9. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

10. On August 6, 2008, HSBC Bank Nevada, N.A. ("HSBC") offered to settle Plaintiff's account ending in 0208 ("Account") for the sum of $802.00. See Exhibit A.

11. Plaintiff entered into a valid and enforceable settlement agreement with HSBC.

12. Pursuant to the terms of the settlement agreement, on August 7, 2008, check # 27151 in the amount of $802.00 was sent to Defendant. See Exhibit B. The check cleared the bank account of the Palmer Law Firm on August 12, 2008.

13. Subsequently, Plaintiff received a letter from Defendant dated October 14, 2011 that sought to collect on the settled account. See Exhibit C.

14. Not surprisingly, the current balance referenced in HSBC's settlement letter, less the settlement payment, equals the balance referenced in Defendant's collection letter.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

15. Defendant violated the FDCPA based on, but not limited to, the following:

   a. Defendant violated § 1692f(1) of the FDCPA by attempting to collect a debt amount

that was not expressly authorized by an agreement or permitted by law;

b. Defendant violated § 1692e(2)(A) of the FDCPA by falsely representing the character, amount, or legal status of the alleged debt;

c. Defendant violated § 1692e(5) of the FDCPA by threatening to take legal action that could not legally be taken;

d. Defendant violated §1692d of the FDCPA by engaging in conduct the natural consequence of which was to harass, oppress, or abuse any person in connection with the collection of a debt.

WHEREFORE, Plaintiff, XIOMARA M. RIVAS, respectfully requests judgment be entered against Defendant, AMERICA'S RECOVERY SOLUTIONS, LLC, for the following:

16. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k;

17. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k; and

18. Any other relief that this Court deems just and appropriate.

### DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE, Plaintiff, XIOMARA M. RIVAS, hereby demands a jury trial in this cause of action.

RESPECTFULLY SUBMITTED,

By: /s/ Fredrick E. Nix  (#29201)
Law Offices of Fredrick E. Nix, P.C.
240 South Potomac Street, Suite 203
Hagerstown, MD 21740
(888) 221-6685 | fredrick.nix@attorneynix.com
Attorney for Plaintiff

PLAINTIFF'S VERIFIED COMPLAINT AND JURY DEMAND

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF MARYLAND        )
                         )
COUNTY OF MONTGOMERY     )

Plaintiff, XIOMARA M. RIVAS, a.k.a., MARISOL CASTRO, states the following:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, XIOMARA M. RIVAS, a.k.a., MARISOL CASTRO, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

_6/17/2012_  
Date

_[signature]_  
XIOMARA M. RIVAS,  
a.k.a., MARISOL CASTRO

06/19/2006  03:10  3017624076  CINDY  PAGE 02/02