IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **XIOMARA M. RIVAS,** *also known as* Marisol Castro | * * * * * | |
| Plaintiff, | * * | |
| v. | * * | Case No. 12-cv-1851 |
| **AMERICA'S RECOVERY SOLUTIONS, LLC** | * * * | |
| Defendant. | * * | |

**ORDER**

Local Rule 103.8(b) states that:

If no document has been filed in Court in any action for more than nine (9) months, the Court may enter an order asking the parties to show cause why the case should not be dismissed. If good cause is not shown within fourteen (14) days of the entry of the show cause order or such other time as may be set by the Court, the case shall be dismissed without prejudice.

Md. Local Rule 103.8(b). Pursuant to this Rule, the Court on June 19, 2015, entered an order directing the parties to show cause within 14 days why this action should not be dismissed with prejudice, nothing having been filed since July 10, 2013. ECF No. 14. It has been more than 14 days, yet nothing has been filed. This action will be dismissed without prejudice for want of prosecution.

Accordingly, it is this 7th day of August, 2015, by the United States District Court for the District of Maryland,

**ORDERED**, that this action is **DISMISSED without prejudice**; and it is further

**ORDERED**, that the Clerk is directed to **CLOSE** this case.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE